William K. Enger (State Bar No. 143808)
Jamie N. Furst (State Bar No. 301508)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
Email:      William.Enger@wilsonelser.com
                  Jamie.Furst@wilsonelser.com

Attorneys for Plaintiffs
HARTFORD CASUALTY INSURANCE CO. and
HARTFORD FIRE INSURANCE CO.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION – RIVERSIDE)

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WARLOCK INDUSTRIES, INC. A/K/A OR N/K/A TIFFANY COACHWORKS, INC.<br><br>Defendant. | Case No.: 5:15-cv-01137-VAP (KKx)<br><br>**[PROPOSED] DEFAULT JUDGMENT** |

THIS matter having come before the Court upon the Motion by Plaintiffs HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD FIRE INSURANCE COMPANY for the entry of a default judgment against Defendant WARLOCK INDUSTRIES, INC. A/K/A or F/K/A TIFFANY COACHWORKS, INC. pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure; and

1 sufficient Proof of Service of the Summons and Complaint upon Defendant having
2 been filed with the Court; and the Clerk of this Court having entered Defendant's
3 default on the docket; and the Court having found good and sufficient cause to
4 enter the relief requested by the Motion; now, therefore:
5     IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs
6 HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD FIRE
7 INSURANCE COMPANY are hereby awarded a money judgment against
8 WARLOCK INDUSTRIES, INC. A/K/A or F/K/A TIFFANY COACHWORKS,
9 INC. in the principal sum of $90,788.00, plus prejudgment interest in the sum of
10 $ 6,467.09 , for a total award of $ 97,255.09 .

13 Dated: 11/4/15

Kiry K. Gray,

Clerk of Court:

*Margo Mead*

Deputy Clerk

2

**DEFAULT JUDGMENT**

2323735v.1      5:15-cv-01137-DTB